COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-019-CV

GARRY GIBBONS
 
APPELLANT

V.

KAREN CULWELL BARNETT
 APPELLEE

 
 

----------

FROM THE 367
TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellee’s “Agreed First Amended Motion To Dismiss Appeal Based On Mootness.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2)(A), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d), 43.4.

PER CURIAM

PANEL D:  DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  April 17, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.